UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHAN PETTUS                                                      CIVIL ACTION

versus                                                             NO. 15-6813

N. BURL CAIN                                                       SECTION:  "A"(1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.   Accordingly,

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE